# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Juan Parada-Martinez<br>DOB: 2001; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-03187MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 22, 2021, in the District of Arizona, Juan Parada-Martinez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 1,009 rounds of 7.62x39mm caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 22, 2021, Juan PARADA-Martinez attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Nogales, Arizona. Customs and Border Protection officers conducted an outbound inspection of the vehicle of which PARADA was the driver, sole occupant, and registered owner. Inside the trunk of the vehicle, officers found four packages wrapped in tape and spray painted black, concealed within voids of the trunk. Under the center console of the passenger compartment of the vehicle, officers found two additional packages. All six of the packages contained 7.62x39mm ammunition, for a total of 1,009 rounds. Officers also found a receipt documenting the purchase of 6,000 rounds of 7.62x39mm ammunition protruding from PARADA's pants pocket.

PARADA stated that he had purchased the ammunition and concealed it inside his vehicle in order to smuggle it out of the United States and sell it. He stated he did not have a license to export ammunition from the United States, and knew it was illegal to do so.

The ammunition PARADA was smuggling from the United States into Mexico qualifies as United States Commerce Control List items and therefore is prohibited by law for export from the United States into Mexico without a valid license. PARADA did not have a license or any other lawful authority to export the ammunition from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>ANGELA WOOLRIDGE *Digitally signed by ANGELA WOOLRIDGE Date: 2021.07.23 09:06:33 -07'00'*<br>AUTHORIZED AUSA *Angela W. Woolridge*<br><br>Sworn by telephone  x  | SIGNATURE OF COMPLAINANT<br>DONNY S FIELDS *Digitally signed by DONNY S FIELDS Date: 2021.07.23 10:15:08 -07'00'*<br><br>OFFICIAL TITLE<br>HSI Special Agent Donny Fields |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>July 23, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54